## UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at www.ca4.uscourts.gov/cmecftop.htm.

THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO. 13-2181 _____ as

☑Retained ☐Court-appointed(CJA) ☐Court-assigned(non-CJA) ☐Federal Defender ☐Pro Bono ☐Government

COUNSEL FOR: Metropolitan Health Corporation, d/b/a Metropolitan Hospital, and Michael Faas

_____ as the
(party name)

☐appellant(s) ☑appellee(s) ☐petitioner(s) ☐respondent(s) ☐amicus curiae ☐intervenor(s)

_____
(signature)

Edward L. Embree, III
Name (printed or typed)

919-286-8073
Voice Phone

Moore & Van Allen, PLLC
Firm Name (if applicable)

919-416-8373
Fax Number

430 Davis Drive, Suite 500

Morrisville, NC 27560
Address

edembree@mvalaw.com
E-mail address (print or type)

## CERTIFICATE OF SERVICE

I certify that on October 3, 2013 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

| |
|---|---|
| Pamela W. McAfee<br>& Joseph S. Dowdy<br>Nelson Mullins Riley & Scarborough LLP<br>GlenLake One, Suite 200<br>4140 Parklake Avenue<br>Raleigh, NC 276102 | Laura J. Wetsch<br>Winslow & Wetsch, PLLC<br>416 Morson Street<br>Raleigh, NC 27601-0000 |

_____
Signature

10/3/13
Date

11/17/2011
SCC